UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYNEL GERARDO MEDINA
LOPEZ,

       Petitioner,

v.

KEVIN RAYCRAFT, in his official
capacity as Field Office Director
of Enforcement and Removal
Operations, Detroit Field Office,
Immigration and Customs
Enforcement; TRACY
DECAUSSIN, in her official
capacity as Jail Administrator of
the St. Clair County Jail; Kristi
NOEM, in her official capacity as
Secretary, U.S. Department of
Homeland Security; U.S.
DEPARTMENT OF HOMELAND
SECURITY; Pamela BONDI, in
her official capacity as U.S.
Attorney General; EXECUTIVE
OFFICE FOR IMMIGRATION
REVIEW,

       Respondents.

_____ /

Case No. 26-10784

Hon. F. Kay Behm
United States District Judge

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**
**(ECF No. 4)**

The motion for temporary restraining order (ECF No. 4) is

**GRANTED**. The court finds that Petitioner is likely to succeed on the

1

merits of his petition,[1] that he is likely to suffer irreparable harm in the absence of this preliminary relief, that the balance of equities tips in his favor, and that the injunction is in the public interest.

Therefore, it is **ORDERED** that:

1. Respondents are, effective immediately, **ENJOINED** from removing Petitioner from the United States; and

2. Respondents are **ORDERED** to return Petitioner to Michigan to ensure his appearance in court should the court require it; and

3. This court retains jurisdiction over this proceeding and petition until a final decision is issued; and

4. If Petitioner has been removed from the United States, Respondents are **ORDERED** to immediately take all reasonable steps to facilitate Petitioner's return to the United States by March 14, 2026, at 5:00 p.m., to the State of Michigan, so that this Court may provide meaningful habeas relief.

---

[1] *See, e.g., Morales-Martinez v. Raycraft*, No. 25-cv-13303, 2025 WL 3124695 (E.D. Mich. Nov. 7, 2025).

**SO ORDERED.**


Date: March 13, 2026                     s/F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge