UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYNEL GERARDO MEDINA
LOPEZ,

      Petitioner,

v.

KEVIN RAYCRAFT, *et. al.*,

      Respondents.

_____ /

Case No. 26-10784

Hon. F. Kay Behm
United States District Judge

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order granting the Petition for a Writ of Habeas Corpus, and pursuant to the court's Order dated July 8, 2026, this case is closed. This is a final order.

**SO ORDERED**.

Date: July 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1